McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>　　　Defendants. | No. CV F 07-1824 LJO GSA<br><br>JOINT STIPULATION RE: FIRST EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' ANSWER AND ORDER |

　　This is an immigration case in which plaintiff has challenged the delay in the adjudication of his I-130 visa petitions by U.S. Citizenship and Immigration Services (CIS). The parties respectfully inform the Court that they are endeavoring to reach a resolution to the matter at the administrative level. Accordingly, the parties stipulate to a first extension of time in which to file the government's answer to the complaint, until April 14, 2008. The parties also request that the scheduling conference, currently set for March 25, 2008, be reset until sometime after the new answer date.


Dated: February 6, 2008

　　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　By:　/s/Audrey Hemesath
　　　　　　　　　　　　　　　　　　Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　Attorneys for the Defendants

1
2
                    By:     /s/ Jeremy M. Clason
                            Jeremy M. Clason
                            Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the date for filing the government's Answer to the complaint is extended to April 14, 2008, and that the scheduling conference is reset to May 6, 2008 at 8:30 a.m. in Department 4 (LJO). The parties shall file a joint scheduling report no later than April 29, 2008.

IT IS SO ORDERED.

**Dated:**   **February 6, 2008**          **/s/ Lawrence J. O'Neill**
                                                         UNITED STATES DISTRICT JUDGE