UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED AHMED KASSEM,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>　　　　　　　Defendants.<br>_____/ | CASE NO. CV-F-07-1824 LJO GSA<br><br>**THIRD REQUEST TO EXTEND TIME TO ANSWER AND TO CONTINUE SCHEDULING CONFERENCE IS DENIED** |

　　　In this immigration case, Plaintiff challenges the delay in the adjudication of his I-130 visa petition.  On April 14, 2008, the parties filed a stipulation and proposed order to grant Defendants a second extension of time to file an answer.  The parties reported that progress has been made but that an additional 60 days are needed for administrative proceedings.  On June 11, 2008, the parties filed a **THIRD** stipulation to extend time for Defendants to answer.  The parties further request this Court to continue the June 19, 2008 scheduling conference.  The requests are **DENIED.**

　　　Attempting to resolve a case does not constitute good cause.

IT IS SO ORDERED.

**Dated:　　June 12, 2008**　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE