McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOHAMED AHMED KASSEM, | No. CV F 07-1824 LJO GSA |
| Plaintiff, | JOINT STIPULATION RE: DISMISSAL OF ACTION AND ORDER |
| v. | |
| Michael Chertoff, Secretary of Homeland Security, et al. | |
| Defendants. | |

    This is an immigration case in which plaintiff has challenged the delay in the adjudication of his I-130 visa petitions by U.S. Citizenship and Immigration Services (CIS). Since the commencement of this action, CIS has served plaintiff with a Notice of Intent to Deny the petitions. Plaintiff has 30 days in which to respond to the Notice, and CIS will adjudicate the petitions within 60 days of receipt of that response. In light of this development, the parties hereby stipulate to dismissal of this action.

-1-

Dated: June 13, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ Jeremy M. Clason
Jeremy M. Clason
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the petition for writ of mandamus is DISMISSED..

IT IS SO ORDERED.

**Dated:   June 16, 2008**           /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE